# EXHIBIT A-3

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURT ADDRESS:
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF: Tarek Abu-Hajar

DEFENDANT: Autonation, Inc.

**CIVIL DEPOSIT**

FILED
Superior Court of California
County of Los Angeles

MAR 29 2017

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Shaunya Bolden

CASE NUMBER: BC655607

CLERK: PREPARE A FORM FOR EACH DEPOSITOR PAYING SEPARATELY

PLEASE REPORT TO THE CLERK'S OFFICE/CASHIER:
☐ Room 102, Central Civil   ☐ Clerk's Office, Room_____   ☐ Department Number_____

| | Distribution Codes | Amt Due | | Distribution Codes | Amt Due |
|---|---|---|---|---|---|
| ☐ | 251 DAILY JURY FEES  Dates:_____  # of day(s)_____ x$_____ | | ☐ | 74 DEPOSIT IN TRUST | |
| ☒ | 72 JURY FEES  Trial Date: No date set  (Initial Deposit) $ 150.00 | $150.00 | ☒ | 101 FIRST PAPERS- GENERAL JURISDICTION | 435.00 |
| ☐ | 252 REPORTERS FEES  Dates:_____  # of 1/2 day(s)_____ x$_____  Full Day_____ | | ☐ ☐ ☐ | 101 FIRST PAPERS-LIMITED OVER $10,000  141 With declaration Limited to $10,000 (per B&P 6322.1(a))  130 Limited to $10,000 | |
| ☐ | 721 SANCTIONS ORDERED ON  Date:_____ | | ☐ | 211 RECLASSIFICATION FEE | |
| ☐ | 213 MOTIONS/APPLICATION TO CONT. HEARING | | ☒ | 150 COMPLEX LITIGATION TRIAL/**PLAINTIFF** | 1000.00 |
| | 200 MOTIONS/APPLICATION TO CONT. TRIAL | | ☐ | 151 COMPLEX LITIGATION TRIAL/**DEFENDANT** | |
| | Other: | | | | |

To be paid via:   ☐ Cash   ☒ Check   ☐ Certified Check/Money Order   ☐ Credit Card

☐ On or Before_____   ☒ Forthwith

Payment will be made by   ☒ Plaintiff Tarek Abu-Hajar   ☐ Defendant_____

JOHN A. CLARKE, Executive Officer/Clerk

DATE_____   BY: Wi
                 Deputy Clerk

**TO BE COMPLETED BY DEPOSITOR**

Depositor's Name: Haffner Law PC

☐ Plaintiff in Pro Per   ☐ Defendant in Pro Per

☒ Counsel for   ☒ Plaintiff Tarek Abu-Hajar
                        Name of Party
                 ☐ Defendant _____
                        Name of Party

Address of depositor: 445 S. Figueroa Street, Suite 2325
Street
Los Angeles, CA 90071
City/State/Zip

CIV 083 03-04 (Rev. 05/06)
LASC Approved

**ORIGINAL**

**CIVIL DEPOSIT**
Distribution: Original - Case File   Copy-Customer

CASHIER'S VALIDATION

RECEIPT #: CCH465980058
DATE PAID: 03/29/17  11:32 AM
PAYMENT: $150.00
RECEIVED:
CHECK: $150.00
CASH: $0.00
CHANGE: $0.00
CARD: $0.00

CIT/CASE: BC655607
LEA/DEF#: 310